Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Craig Crandall

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIU INVESTMENTS LLC, et al.,<br><br>    Defendants. | No.  5:14-cv-02677-LHK<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Craig Crandall ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including May 21, 2015 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: April 21, 2015                                             MOORE LAW FIRM, P.C.

                                                                                  */s/ Tanya E. Moore*
                                                                                  Tanya E. Moore
                                                                                  Attorneys for Plaintiff
                                                                                  Craig Crandall