1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Craig Crandall
6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11 CRAIG CRANDALL,                )   No. 5:14-cv-02677-LHK
                                  )
12         Plaintiff,              )   **STIPULATION FOR DISMISSAL OF**
                                  )   **ACTION**
13      vs.                        )
                                  )
14 LIU INVESTMENTS LLC, et al.,    )
                                  )
15         Defendants.             )
                                  )
16                                )
                                  )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Craig Crandall and Defendants Liu Investments LLC and Michaels Stores, Inc., dba Michaels #9412, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: April 30, 2015                                MOORE LAW FIRM, P.C.


                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff
                                                    Craig Crandall

Date: April 30, 2015                                SHEPPARD, MULLIN, RICHTER
                                                    & HAMPTON LLP


                                                    */s/ Michael J. Chilleen*
                                                    Michael J. Chilleen
                                                    Attorneys for Defendants
                                                    Liu Investments LLC and Michaels Stores, Inc.,
                                                    dba Michaels #9412